IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE: HOMER JAMES & LAURA MITCHELL
15207 PEBBLE BEND
HOUSTON TX
77068

CASE NO. 98-35738-H4-13

DEBTOR(S)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
ENTERED
FEB 29 2000
Michael N. Milby, Clerk

## ORDER MODIFYING PLAN

At Houston, Texas, on this date came on for consideration the motion of William E. Heitkamp, Chapter 13 Trustee, for an order modifying the plan in the above captioned cause, and the Court, having considered the pleadings, and the evidence presented, does find that the motion should be and is hereby **GRANTED**. It is therefore:

**ORDERED** that the Trustee make no further distributions to the secured claim of LIBERTY SAVINGS, and that any funds previously allocable to said claim under the original confirmed Chapter 13 Plan shall now be distributed by the Trustee as follows:

First pro-rata to the remaining secured claimants until such time as their secured claims are paid in full.

Next to priority creditors, pro-rata until all such claims are paid in full.

Finally, to the payment pro-rata to the general unsecured creditors.

DATED: 2/28/00

_William Greendyke_
U.S. BANKRUPTCY JUDGE

33