IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

```
IN RE: HOMER JAMES & LAURA MITCHELL
       P O BOX 670822                    CASE NO: 98-35738-H4-13
       HOUSTON TX                        CHAPTER 13 BANKRUPTCY
                 77267-0822

  DEBTOR(S)
```

**CHAPTER 13 TRUSTEE'S NOTICE OF PLAN COMPLETION
AND ELIGIBILITY FOR DISCHARGE**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

   THE CHAPTER 13 TRUSTEE ("Trustee"), represents that each of the debtor(s) have attended a meeting of creditors, submitted to an examination under oath and have made all payments to the Chapter 13 Trustee as required by the Order Confirming the Chapter 13 Plan.

   Pursuant to 11 U.S.C. Sec 1328(a), the debtor(s) is eligible for a discharge. The Trustee respectfully requests that the court enter an order of discharge.

   The Trustee's Final Report and Account will be submitted when all payments to creditors on behalf of the debtor(s) have cleared the account and accounting is completed. The Trustee requests the case remain open pending the filing of the Trustee's Final Report and Account.

```
                              Respectfully Submitted,


                              __William E. Heitkamp_____
                              William E. Heitkamp, Trustee
                              Admissions ID No. 3857
                              9821 Katy Freeway, Suite 590
                              Houston, Texas   77024
```

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of this notice has been served on the debtor(s), their attorney of record amd the U.S. Trustee, either via first class mail on Fri February 28, 2003 , or by electronic noticing pursuant to the local bankruptcy rules.

```
                              __William E. Heitkamp_____
                              Willaim E. Heitkamp, Trustee


DEBTOR'S ATTORNEY:
GILL, HALLIE W                        United States Trustee
ATTORNEY AT LAW                       515 Rusk, Suite 3516
440 LOUISIANA #1225                   Houston, Texas   77002
HOUSTON  TX      77002
```