```
                IN THE UNITED STATES  BANKRUPTCY COURT
                    SOUTHERN DISTRICT OF TEXAS
                         HOUSTON DIVISION
IN RE:
    HOMER JAMES MITCHELL and LAURA MITCHELL
    P O BOX 670822                                CASE NO. 98-35738-H4-13
    HOUSTON TX
                       77267-0822
    a/k/a                                         DATE: 08/11/03
          Debtor(s)
    SSN(1)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 SSN(2)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
-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT
                         AND ACCOUNT
-----------------------------------------------------------------------
```

**IF YOU WANT A HEARING ON THE FINAL REPORT AND ACCOUNTING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF REQUESTED.**

   WILLIAM E. HEITKAMP     , Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b)(1).

   1. The case was filed on Jun  1, 1998 and confirmed on Oct 19, 1998. The case was subsequently COMPLETED                              on Feb 25, 2003.

   2. The  amount paid to  the  Trustee  by or  on behalf of the debtor(s) was $  41393.08 .

   3. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMT | PRIN PD | INT PD | BAL DUE |
|---|---|---:|---:|---:|---:|
| BANNER FINANCE CO | NOT FILED | .00 | .00 | .00 | .00 |
| BILLY G BACA*** | NOT FILED | .00 | .00 | .00 | .00 |
| CARL LEE FISHER & COSELLI | NOT FILED | .00 | .00 | .00 | .00 |
| CHRYSLER FINANCIAL CORP *** | UNSECURED | 8109.66 | 6336.81 | .00 | .00 |
| CLERK OF THE DISTRICT COURT | FUNDS PAI | 2055.36 | 2055.36 | .00 | .00 |
| FASHION BUG | UNSECURED | 451.73 | 352.97 | .00 | .00 |
| GC SERVICES | NOT FILED | .00 | .00 | .00 | .00 |
| GMAC | SECURED C | 16438.00 | 16438.00 | 5888.91 | .00 |
| GMAC | UNSECURED | 3814.93 | 2980.96 | .00 | .00 |
| GORDON | NOT FILED | .00 | .00 | .00 | .00 |
| LIBERTY SAVINGS | OUTSIDE | 93518.44 | .00 | .00 | .00 |
| LIBERTY SAVINGS | MORTGAGE | 206.30 | 206.30 | 391.08 | .00 |
| MARILYN LEE | OUTSIDE | .00 | .00 | .00 | .00 |
| MARILYN LEE | MORTGAGE | 1860.00 | .00 | .00 | .00 |
| NATIONAL PAYMENT CENTER *** | UNSECURED | 852.51 | 666.15 | .00 | .00 |
| SHERMAN ACQUISITION LP | UNSECURED | 168.64 | 131.77 | .00 | .00 |
| SHERMAN ACQUISITION LP | UNSECURED | 739.19 | 577.60 | .00 | .00 |
| WILLIAM E HEITKAMP | TRUSTEE M | 10.00 | 10.00 | .00 | .00 |

```
    4. Summary of disbursements:
--------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED  CONT DEBTS         TOTAL
--------------------------------------------------------------------------------
CLAIM AMOUNT    112022.74       2065.36     14136.66         .00     128224.76
PRINCIPAL PAID   16644.30       2065.36     11046.26         .00      29755.92
INTEREST PAID     6279.99            .00          .00        .00       6279.99
                -----------   -----------  -----------  -----------  -----------
                 22924.29       2065.36     11046.26                  36035.91
```

```
    5. Costs of administration:
The clerk was paid $         .00  through the plan for the filing fee.
The debtor's attorney was allowed $   1500.00 and was paid $   1500.00 .
The Trustee was paid $   3504.10  pursuant to 11 USC 1302.
Refunds to the debtor and/or new trustee total $     353.07 .
```

    Wherefore  the  trustee  requests  that  a final  decree  be entered  which
discharges the trustee  and his surety  from any an all  liability on account of
the above case,  closes the estate,  and grants such other relief as may be just
and proper.

                                                /s/ William E. Heitkamp
                                                _____
                                                WILLIAM E. HEITKAMP

PAGE   2 - CONTINUED ON NEXT PAGE

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was sent to all parties listed on the matrix on file with the U. S. Bankruptcy Clerk's Office on or about the time this document was electronically filed with the Clerk on 08/14/2003. A copy of the Certificate of Mailing of this document is on file and may be viewed at the U. S. Bankruptcy Clerk's Office.

Electronically signed by
William Heitkamp, Chapter 13 Trustee
9821 Katy Freeway, Suite 590
Houston, Texas  77024
713-722-1200