| | |
|---|---|
| Southern District of Texas<br>US Bankruptcy Court<br>PO Box 61288<br>Houston, Tx 77208 | **UNITED STATES BANKRUPTCY COURT** |

Case Number: 98-35738-H4-13

IN RE:   Homer James Mitchell

   Laura Mitchell

### FINAL DECREE

The estate of the above-named debtor has been fully administered.

   ✔   The deposit required by the plan has been distributed.

IT IS ORDERED THAT:

   ✔   William E Heitkamp
   _____
   (name of trustee)
   is discharged as trustee of the estate of the above-named debtor and the bond is cancelled;

   ✔   the chapter __13__ case of the above-named debtor is closed; and

   ____   (other provisions as needed).


8/19/03                              *[signature]*
_____            _____
**Date**                              **UNITED STATES BANKRUPTCY JUDGE**

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0541-4           User: noch              Page 1 of 1                Date Rcvd: Aug 20, 2003
Case: 98-35738                 Form ID: PDF            Total Served: 14


The following entities were served by first class mail on Aug 22, 2003.
 db          Homer James Mitchell,   15207 Pebble Bend,   Houston, TX  77068
 db          Laura Mitchell,   15207 Pebble Bend,   Houston, TX  77068
 aty         Billy G Baca,   Lawrence Baca et al,   5225 Katy Fwy,   Ste 350,   Houston, TX  77007
 aty        +Hallie Ward Gill,   440 Louisiana,   Ste 1225,   Houston, TX  77002-1651
 aty         Peter Clyde Coselli,   1800 W Loop S,   Ste 1690,   Houston, TX  77027
 tr          William E. Heitkamp,   9821 Katy Freeway,   Ste 590,   Houston, TX  77024
 cr         +Chrysler Financial Corporation,   c/o Shermeta, Chimko & Kilpatrick PC,   P O Box 80908,
              Rochester, MI  48308-0908
 pty        +General Electric Capital Corporation,   5775 Glenridge Drive,   Building E-200,
              Atlanta, GA 30328-5380
 cr          General Motors Acceptance Corporation,   55 Waugh Drive,Suite 800,   Houston, TX  77007
 cr          Liberty Savings Association,   Attn: Peter C Coselli,   P O Box 2712,   Houston, TX  77252-2712
 pty         North American Mortgage Co,   5775 Glenridge Drive, Bldg E,   Suite 300,   Atlanta, GA  30328
 pty         Resurgent Acquisition LLC,   c/o Resurgent Capital Services,   Post Office Box 10587,
              Greenville, SC  29603-0587
 pty         Sherman Acquisition,   P O Box 10587,   Greenville, SC  29603-0587
 pty         US Trustee,   515 Rusk Avenue - 3rd Floor,   Houston, TX  77002

The following entities were served by electronic transmission.
 NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty*       +Hallie Ward Gill,   440 Louisiana,   Ste 1225,   Houston, TX  77002-1651
 pty*        Homer James Mitchell,   15207 Pebble Bend,   Houston, TX  77068
 pty*        Laura Mitchell,   15207 Pebble Bend,   Houston, TX  77068
                                                                                               TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Aug 22, 2003**                      **Signature:** _Joseph Speetjens_